**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOPES,

      Plaintiff,               No. 11-01477 JCS

      v.                     ORDER FOR ADDITIONAL INFORMATION

FREMONT FREEWHEELERS, ET AL.,

      Defendants.
_____/

     The Court is in receipt of Plaintiff's Motion to Proceed In Forma Pauperis.  The Court is unable to rule on this motion until Plaintiff provides more complete information in response to Questions 1 (gross and net salary or wages), 3 (spouse's wages or salary, if any), 4 (amount you contribute, if any, to support of spouse or other persons), 8 (monthly expenses), and 9 (debts).  The Court requests that Plaintiff provide complete answers to these questions within 14 days of the date of this order.  Failure to do so will result in denial of Plaintiff's motion.

     **IT IS SO ORDERED.**

Dated: May 13, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

G:\JCSALL\2011\11-1477 Lopes v. Fremont\order re ifp motion.wpd